518 A.2d 265

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION**

v.

**Phillip LONGO and Beverly Ann Longo, husband and wife, Appellants.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1986.

Decided Dec. 10, 1986.

John D. Snyder, West Chester, for appellants.

Michael H. Kline, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., dissents.